IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA TUCKER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00909 SWW |
| | * | |
| | * | |
| ENTERGY ARKANSAS, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

Plaintiff Angela Tucker brings this action against defendant Entergy Arkansas, Inc. alleging race and sex discrimination under Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000e *et seq*. The matter is before the Court on motion [doc.#7] of defendant to compel plaintiff to respond immediately to defendant's First Set of Interrogatories and Request for Production. Plaintiff has not responded to defendant's motion and the time for doing so has passed.

The Court grants defendant's motion to compel and directs plaintiff to fully respond to defendant's First Set of Interrogatories and Request for Production within fifteen (15) days of the date of entry of this Order. Failure to comply with this Order will result in sanctions, including possible dismissal without prejudice of this action. *See Keefer v. Provident Life & Accident Ins. Co.*, 238 F.3d 937 (8th Cir. 2001).

IT IS SO ORDERED this 28th day of December 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE